IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

ORILLION CRADDOCK,

    Petitioner,

v.                                  Criminal No. 3:13CV441

UNITED STATES OF AMERICA,

    Respondent.

**MEMORANDUM OPINION**

    Orillion Craddock, a federal inmate proceeding pro se, submitted this petition for a writ of mandamus. In his petition for a writ of mandamus, Craddock seeks to compel the Court to rule upon his motion under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence ("§ 2255 Motion"). By Memorandum Opinion and Order entered on December 19, 2013, the Court denied Craddock's § 2255 Motion. See United States v. Craddock, No. 3:08cr49, 2013 WL 6729282, at *3-4 (E.D. Va. Dec. 19, 2013). Accordingly, Craddock's petition for a writ of mandamus will be denied as moot and the action will be dismissed.

    The Clerk is directed to send a copy of this Memorandum Opinion to Craddock.

    It is so ORDERED.

                                          /s/      
                                Robert E. Payne
                                Senior United States District Judge

Date: April 10, 2014
Richmond, Virginia